IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**FREDDIE LISK,**<br><br>      **Defendant.** | Case No. 10-CR-40056-JAR |

## ORDER TO TERMINATE DEFENDANT'S TERM OF SUPERVISED RELEASE

This matter comes before the Court on pro se Defendant Freddie Lisk's third letter to the Court, filed on November 13, 2020, and construed as a Motion for Early Termination of Supervised Release (Doc. 37). For the reasons provided below, Defendant's motion is granted.

Defendant filed a letter with the Court, which the Court construed as a motion to terminate his supervised release term.[1] Pursuant to 18 U.S.C. § 3583(e)(1), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."[2] Defendant's term of supervised release began in July 2019 and is set to expire in July 2023. Neither the United States Probation Office ("USPO") nor the United States Attorney object to Defendant's request. In considering the applicable factors under 18 U.S.C. § 3553(a), as well as the USPO's and the United States Attorney's position, the Court finds that Defendant's term of supervised release should be terminated.

---

[1] Defendant previously filed two letters with the Court that the Court construed as Motions for Compassionate Release. The Court denied his motions as moot concluding that because Defendant was no longer imprisoned, the Court had no authority to order release from prison. Docs. 34, 36. Defendant filed his third letter stating that he requested the wrong thing.

[2] 18 U.S.C. § 3583(e)(1).

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release (Doc. 37) is **GRANTED**.

**IT IS SO ORDERED.**

Dated: <u>November 13, 2020</u>

                                         <u>S/ Julie A. Robinson</u>
                                         JULIE A. ROBINSON
                                         CHIEF UNITED STATES DISTRICT JUDGE